IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MINERVA HERNANDEZ, as Administrator for the Estate of Jose Hernandez, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 116-197 |
| HART ACQUISITIONS, LLC, | * * | |
| Defendant. | * * * | |

**ORDER**

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 18.) This case is therefore **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. The parties will bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia this 31ST day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA